United States District Court
Southern District of Texas
**ENTERED**
January 18, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA-MORALES | ) | |
| | ) | CIVIL NUMBER |
| VS. | ) | M-15-124 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Pedro Garcia-Morales's motion for return of property. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry Number 14 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Plaintiff.

DONE on this 17th day of January, 2018, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE